## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: FRANCINE YATES
(Please print)

STREET ADDRESS: 14114 S. Edbrooke Avenue

CITY/STATE/ZIP: Riverdale, IL 60827

PHONE NUMBER: (312) 351-5635

CASE NUMBER: **08CV4566
JUDGE GOTTSCHALL
MAG. JUDGE BROWN**

Signature: Francine Yates

Date: 8/12/08

FILED
AUG 1 2 2008
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT