MH6

Date: August 21, 2008
To: Judge Brown and Judge Gottschall
From: Francine Yates
Re: Brief for Case 08C 4566

Attached you will find seven sets of documents which are related to the plaintiff; Francine Yates', medical records while she was an employee with the Chicago Transit Authority. These medical records also pertain to the case of 08C 4566. One set of documents are for each judge assigned in this particular case and the remaining five sets are to be attached and mailed with the briefs which were submitted for the defendants. These documents are to be used as additional references and substantial evidence in the case 08C 4566 against the defendants. The defendants in case 08C 4566 are The CTA, The City of Chicago, The State of Illinois, Unicare Health Insurance and Sedgwick CMS. These documents were not included in the brief when it was submitted for indigent status approval because I am financially impoverished and I had to scrape up money in an effort to make the copies. If you have any questions or concerns, please call me at (708) 841-6417. Thanks!

FILED
AUG 21 2008 YM
8-21-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Francine Yates
FRANCINE YATES

**MEDICAL EXAMINATION REPORT**

To Gen Mgr. Location Room No. M. Mart 786 Date 11-06-08

Employee YATES Francine Employee No. ______

was found physically (fit) (unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Left Med. Dept. 3 PM.

Absent from duty since ______

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10



# MEMORANDUM

**TO:** File

**FROM:** Paul F. Fish
Vice President, Capital Investment

**DATE:** November 14, 2003

**SUBJECT:** **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on nterviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began vorking in Capital Investment, she normally wore appropriate business attire, which included business suits, nd she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled lothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate mes, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. urther, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at er, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several ccasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them f conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, an Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring etween July and November 2003.

nally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her ational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst rected at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. ter interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. any of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has ulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and ggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

ed on this information, I recommended a special medical assessment for Ms. Yates.

8423 (03/87)

EXHIBIT D



November 25, 2005 08

**TO: Francine Yates**

**FROM: Paul F. Fish, Vice President, Capital Investment**

**RE: Medical Referral**

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2003 08

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT

# MEDICAL EXAMINER'S REPORT

NAME: Yates, Francine Emp. No. 41648 Age 36

Occupation: Sr. CIP Project Analyst Dept. Capital Investment Entered Service Date 03-25-02

Type of Examination: Dis Claim Absent since 11-26-03

MEDICAL HISTORY: [illegible handwriting]

04 MAY 27 AM 8:04

MEDICATIONS: [illegible]

SIDE EFFECTS OF MEDICATION:

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. Pulse Resp. BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | |
| ☐ | ☐ | Heart and Lungs | [illegible] |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH Albumen Sugar Bl.

Audiogram

ECG

DIAGNOSIS: Depression — R/O schizophrenia

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work Appt. Date

REMARKS: [illegible handwriting]

Date 5/27/04 Signed [signature] M.D.

EXHIBIT B

DEA #

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates DATE 4/26/04

ADDRESS

℞ (Please Print)

has been unable to work 11/26/03 through today. Expected date to return to work [illegible]

VOID VOID VOID

EXHIBIT C

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Francine Yates

Appointment Date June 3/04 at A M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT,** Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

# MEDICAL EXAMINATION REPORT

To Gen Mgr. Location Room No. M. Mart 786 Date 11-06-03

Employee YATES Francine Employee No.

was found physically (fit / unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Left Med. Dept. 3 PM

Absent from duty since

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10



# MEMORANDUM

**TO:** File

**FROM:** Paul F. Fish
Vice President, Capital Investment

**DATE:** November 14, 2003

**SUBJECT:** **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on interviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began working in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate times, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. Further, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at her, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several occasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them of conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, Jan Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring between July and November 2003.

Finally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her irrational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst directed at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. After interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. Many of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has resulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

In September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and suggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

Based on this information, I recommended a special medical assessment for Ms. Yates.

6423 (03/07)

EXHIBIT D



November 25, 2003 08

TO: Francine Yates

FROM: Paul F. Fish, Vice President, Capital Investment

RE: Medical Referral

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2003 08

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT E

# MEDICAL EXAMINER'S REPORT

NAME Yates, Francine Emp. No. 41648 Age 36

Occupation Sr. Cip Project Analyst Dept. Capital Investment Entered Service Date 03-25-02

Type of Examination Dis Claim Absent since 11-26-03

MEDICAL HISTORY: Pt has been sick since 11/26/03 because depression and anxiety. [illegible]

04 MAY 27 AM 8:04

MEDICATIONS: Pt [illegible] to work

SIDE EFFECTS OF MEDICATION:

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. Pulse Resp. BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | |
| ☐ | ☐ | Heart and Lungs | [illegible] |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH Albumen Sugar Bl.

Audiogram

ECG

DIAGNOSIS: Depression - R/O schizophrenia

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work Appt. Date

REMARKS: [illegible]

Date 5/27/04 Signed [signature] M.D.

EXHIBIT B

DEA # AM8456471

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates

ADDRESS DATE 5/29/08

EXHIBIT

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Francine Yates

Appointment Date June 3/04 at A.M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT,** Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

# MEDICAL EXAMINATION REPORT

To Gen Mgr. Location Room No. M. Mart 786 Date 11-06-03

Employee YATES Francine Employee No. ____

was found physically (fit) (unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Left med. Dept. 3 PM.

Absent from duty since ____

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10

cta

# MEMORANDUM

TO: File

FROM: Paul F. Fish
Vice President, Capital Investment

DATE: November 14, 2003

SUBJECT: **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on interviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began working in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate times, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. Further, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at her, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several occasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them of conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, Jan Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring between July and November 2003.

Finally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her irrational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst directed at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. After interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. Many of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has resulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

In September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and suggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

Based on this information, I recommended a special medical assessment for Ms. Yates.

8423 (03/87)

EXHIBIT D



**November 25, 2003**

**TO: Francine Yates**

**FROM: Paul F. Fish, Vice President, Capital Investment**

**RE: Medical Referral**

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2003.

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT

# MEDICAL EXAMINER'S REPORT

NAME Yates, Francine Emp. No. 41648 Age 36

Occupation Sr. CIP Project Analyst Dept. Capital Investment Entered Service Date 03-25-02

Type of Examination Dis Claim Absent since 11-26-03

MEDICAL HISTORY: Pt has been sick since 11/26/03 because of depression and anxiety. [illegible]

04 MAY 27 AM 8: 04

MEDICATIONS: Pt has been [illegible]

SIDE EFFECTS OF MEDICATION: [illegible] to work

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. ____ Pulse ____ Resp. ____ BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | NSR - lung clear |
| ☐ | ☐ | Heart and Lungs | |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH ____ Albumen ____ Sugar ____ Bl. ____

Audiogram ____

ECG ____

DIAGNOSIS: Depression - R/O schizophrenia

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work Appt. Date ____

REMARKS: [illegible] given to psychiatry [illegible]

Date 5/27/04 Signed [illegible] M.D.

EXHIBIT B

(front)

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates DATE 4/26/04

ADDRESS

℞ (Please Print)

VOID VOID VOID

EXHIBIT C

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Francine Yates

Appointment Date June 8/04 at A M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT**, Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

**MEDICAL EXAMINATION REPORT**

To Gen Mgr. Location Room No. M. Mart 7&8 Date 11-06-08

Employee YATES Francine Employee No.

was found physically (fit) (unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Ref Med. Dept. 3 PM

Absent from duty since

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10

cta

# MEMORANDUM

**TO:** File

**FROM:** Paul F. Fish
Vice President, Capital Investment

**DATE:** November 14, 2003

**SUBJECT: Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on interviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began working in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate times, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. Further, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at her, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several occasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them of conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, Jan Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring between July and November 2003.

Finally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her irrational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst directed at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. After interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. Many of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has resulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

In September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and suggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

Based on this information, I recommended a special medical assessment for Ms. Yates.

8423 (03/97)

EXHIBIT D



November 25, 2003 [handwritten: 4]

**TO: Francine Yates**

**FROM: Paul F. Fish, Vice President, Capital Investment**

**RE: Medical Referral**

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2003 [handwritten: 4]

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT E

# MEDICAL EXAMINER'S REPORT

NAME Yates, Francine Emp. No. 41648 Age 36

Occupation Sr. Cip Project Analyst Dept. Capital investment Entered Service Date 03-25-02

Type of Examination Dis Claim Absent since 11-26-03

MEDICAL HISTORY: [illegible handwriting]

04 MAY 27 AM 8:04

MEDICATIONS: [illegible]

SIDE EFFECTS OF MEDICATION:

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. Pulse Resp. BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | [illegible] |
| ☐ | ☐ | Heart and Lungs | |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH Albumen Sugar Bl.

Audiogram

ECG

DIAGNOSIS: Depression D — R/O schizophrenia ?

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work Appt. Date

REMARKS: [illegible handwriting]

Date 5/27/04 Signed [signature] M.D.

EXHIBIT B

EXHIBIT C

DEA # [illegible]

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

re

NAME Francine Yates DATE 4/26/04

ADDRESS

℞ (Please Print)

Triple Safety Bar

has been unable to work 11/26/03 through today. Expected to return to work 6/23/04

VOID VOID VOID

VOID VOID VOID

VOID VOID VOID

VOID VOID VOID

VOID VOID VOID

VOID VOID VOID

[illegible signature]

© 1997 [illegible] USA, Inc. [illegible]

EXHIBIT C

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Francine Yates

Appointment Date June 8/04 at A M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT**, Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

# MEDICAL EXAMINATION REPORT

To Gen Mgr. Location Room No. M. Mart 786 Date 11-06-03

Employee YATES Francine Employee No. ______

was found physically (fit/unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Left med. Dept. 3 PM

Absent from duty since ______

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10



# MEMORANDUM

TO: File

FROM: Paul F. Fish
Vice President, Capital Investment

DATE: November 14, 2003

SUBJECT: **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on nterviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began vorking in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate mes, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. urther, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at er, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several ccasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them f conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, an Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring etween July and November 2003.

nally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her ational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst rected at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. ter interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. any of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has ulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and ggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

sed on this information, I recommended a special medical assessment for Ms. Yates.

8423 (03/87)

EXHIBIT D



November 25, 2005 8

**TO: Francine Yates**

**FROM: Paul F. Fish, Vice President, Capital Investment**

**RE: Medical Referral**

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2005 8

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT E

# MEDICAL EXAMINER'S REPORT

NAME: Yates, Francine  Emp. No. 41648  Age 36

Occupation: Sr. CIP Project Analyst  Dept. Capital Investment  Entered Service Date 03-25-02

Type of Examination: Dis Claim  Absent since 11-26-03

MEDICAL HISTORY: Pt has been sick since 11/26/03 because of depression and anxiety. [illegible]

04 MAY 27 AM 8:04

MEDICATIONS: Pt has been [illegible] to work

SIDE EFFECTS OF MEDICATION:

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. ____ Pulse ____ Resp. ____ BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | |
| ☐ | ☐ | Heart and Lungs | NSR – lung clear |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH ____ Albumen ____ Sugar ____ Bl. ____

Audiogram ____

ECG ____

DIAGNOSIS: Depression – R/O schizophrenia

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work  Appt. Date ____

REMARKS: [illegible] given to [illegible] psychiatry [illegible]

Date 5/27/04  Signed [illegible signature] M.D.

EXHIBIT B

DEA #
KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates DATE 4/26/04

ADDRESS

℞ (Please Print)

has been unable to work 11/26/03 through today.

Unable to return

VOID VOID VOID

EXHIBIT C

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Fran[illegible] [illegible]

Appointment Date June 3/04 at A M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT**, Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.06 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29

# MEDICAL EXAMINATION REPORT

To Gen Mgr. Location Room No. M. Mart 786 Date 11-06-08

Employee YATES Francine Employee No. ______

was found physically (fit / unfit) to work as a Sr. Analyst

Type of Examination: Special per Dept

Remarks: Left Med. Dept. 3 PM

Absent from duty since ______

Signed [signature] M.D.

cta 7533 (rev. 10/86) Personnel Administration, Medical

EXHIBIT 10



# MEMORANDUM

**TO:** File

**FROM:** Paul F. Fish
Vice President, Capital Investment

**DATE:** November 14, 2003

**SUBJECT:** **Request for Special Medical Assessment for Francine Yates (I.D. 41648)**

The purpose of this memo is to document the reasons for my request that a special medical assessment be made on the above employee.

Ms. Yates has been an employee of the CTA and the Capital Investment Department since March 25, 2002. Her current position is Financial Analyst III.

I am requesting a special medical assessment for Ms. Yates for the following reasons:

Over the past 4-6 months there has been a gradual, although dramatic, alteration in Ms. Yates' demeanor and general behavior. I have based this conclusion on changes which I have personally observed as well as on interviews I have had with her supervisor, the general manager, as well as with many of her co-workers.

There has been a general deterioration in her appearance, including grooming and dress. When she began working in Capital Investment, she normally wore appropriate business attire, which included business suits, and she was well groomed. In the recent months, Ms. Yates has often appeared ill-kempt in informal or soiled clothing, e.g. sweat pants and bedroom slippers.

Ms. Yates has exhibited increasingly bizarre and inappropriate behavior including laughter at inappropriate times, random noises, talking to herself, etc. This has been generally disruptive to the workplace environment. Further, Ms. Yates has exhibited a growing degree of paranoia, which she has expressed as people staring at her, plotting against her, picking on her, spying on her, and generally conspiring to harass her. On several occasions she has addressed her co-workers and supervisor with inappropriate verbal outbursts, accusing them of conspiracy and harassment. Employees at whom these outbursts have been directed include Endee Godson, [illegible]an Pruitt, Ron Durr, Vernell Pouncey, as well as her supervisor Ernest Payne, in several incidents occurring between July and November 2003.

Finally, Ms. Yates' behavior has created an atmosphere of fear in the workplace. Her co-workers fear her irrational accusations and verbal outbursts. On November 12, 2003, following the most recent verbal outburst directed at a co-worker, Ms. Yates called 911 and requested assistance from the Chicago Police Department. After interviewing Ms. Yates, the police officers indicated that there was no basis for police involvement. Many of Ms. Yates' co-workers have expressed concerns that she will direct future outbursts at them. This has resulted in a deteriorating work environment, which is unpleasant, unhealthy, and often threatening.

In September 2003, I advised Ms. Yates of the availability of CTA's Employee Assistance Program (EAP) and suggested that she contact the EAP for assistance. I also referred her to CTA's medical unit in September 2003.

Based on this information, I recommended a special medical assessment for Ms. Yates.

6423 (03/87)

EXHIBIT D



November 25, 2005 08

TO: Francine Yates

FROM: Paul F. Fish, Vice President, Capital Investment

RE: Medical Referral

Due to ongoing concerns with your office demeanor and behavior, I am recommending that you seek medical attention before returning to work. I am removing you from service effective immediately until Monday December 1, 2003 08

Before returning to work on that date, please call Sedgwick, CMS and consult with your doctor. When you return to work, please provide documentation that you have seen your doctor.

EXHIBIT E

# MEDICAL EXAMINER'S REPORT

NAME Yates, Francine Emp. No. 41648 Age 36

Occupation Sr. Cip Project Analyst Dept. Capital investment Entered Service Date 03-25-02

Type of Examination Dis Claim Absent since 11-26-03

MEDICAL HISTORY: Pt has been sick since 11/26/03 because depression and anxiety. [illegible]

04 MAY 27 AM 8:04

MEDICATIONS: Pt has been [illegible] to work

SIDE EFFECTS OF MEDICATION:

OTHER PROBLEMS: 5/27/04

PHYSICAL EXAMINATION: Temp. Pulse Resp. BP 140/[illegible]

| N | ABN | REGION | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| ☐ | ☐ | Head | |
| ☐ | ☐ | Neck | NGA - lung clear |
| ☐ | ☐ | Heart and Lungs | |
| ☐ | ☐ | Abdomen | |
| ☐ | ☐ | Genitalia | |
| ☐ | ☐ | Spine | |
| ☐ | ☐ | Extremities | |
| ☐ | ☐ | Reflexes | |
| ☐ | ☐ | Neurological | |
| | | Other: | |

SPECIAL TESTS:

Urinalysis: PH Albumen Sugar Bl.

Audiogram

ECG

DIAGNOSIS: Depression - R/o schizophrenia

DISPOSITION: Fit for ☐ Regular Duty ☒ Unfit for any work Appt. Date

REMARKS: [illegible] given to psychiatry [illegible]

Date 5/27/04 Signed [signature] M.D.

EXHIBIT B



DEA #

KUMAR MOOLAYIL, M.D.
15475 SOUTH PARK AVENUE
SUITE 102
SOUTH HOLLAND, IL 60473
708-596-2211

NAME Francine Yates DATE 4/26/04

ADDRESS

℞ (Please Print)

VOID VOID VOID

EXHIBIT C

**Chicago Transit Authority**
*Merchandise Mart Plaza, Room 742*

Name Francine Yates

Appointment Date June 8/04 at A M.

**PLEASE REPORT TO BENEFIT SERVICES, ROOM 750, BEFORE REPORTING TO MEDICAL.**

If you are unable to keep this appointment, call the **BENEFIT SERVICES DEPARTMENT,** Telephone 664-7200, ext. 3613, 3614 or 3615. *Failure to comply will result in loss of benefits.*

**PLEASE BRING THIS SLIP WITH YOU**

718.08 (rev. 01/91) Personnel Administration, Medical

EXHIBIT 29